No. 74–70.  GOLDFARB ET UX. *v.* VIRGINIA STATE BAR
ET AL.  C. A. 4th Cir.  [Certiorari granted, 419 U. S.
963.]  Motion of the District of Columbia Bar for recon-
sideration of motion for leave to file a brief as *amicus
curiae* denied.  Motion of the Association of the Bar of
the City of New York for reconsideration of motion for
leave to file a brief as *amicus curiae* granted and it is
ordered that the brief be filed.  MR. JUSTICE MARSHALL
and MR. JUSTICE POWELL took no part in the considera-
tion or decision of these motions.*

No. 74–124.  BLUE CHIP STAMPS ET AL. *v.* MANOR
DRUG STORES.  C. A. 9th Cir.  [Certiorari granted, 419
U. S. 992.]  Motion of the Solicitor General for addi-
tional time to permit the Securities and Exchange Com-
mission to participate in oral argument as *amicus curiae*
denied.  MR. JUSTICE MARSHALL took no part in the
consideration or decision of this motion.*

No. 74–389.  ALBEMARLE PAPER CO. ET AL. *v.* MOODY
ET AL.; and
No. 74–428.  HALIFAX LOCAL No. 425, UNITED PAPER-
MAKERS & PAPERWORKERS, AFL–CIO *v.* MOODY ET AL.
C. A. 4th Cir.  [Certiorari granted, 419 U. S. 1068.]
Motion of American Society for Personnel Administra-
tion for leave to file a brief as *amicus curiae* granted.
MR. JUSTICE MARSHALL and MR. JUSTICE POWELL took
no part in the consideration or decision of this motion.*

No. 74–5951.  HARRELSON *v.* UNITED STATES ET AL.
Motion for leave to file petition for writ of habeas corpus
and other relief denied.

No. 74–5797.  ELLINGBURG *v.* HENLEY, CHIEF JUDGE,
U. S. DISTRICT COURT.  Motion for leave to file petition
for writ of mandamus denied.

---

*See also first note, *supra,* p. 940.